**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento Division)**

ALEJANDRO MARQUEZ,

Plaintiff,

vs.

WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES; CAVALRY PORTFOLIO SERVICES, LLC; EXPERIAN INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:26-cv-03575-AC

**ORDER ON STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The stipulated motion for a second extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **November 20, 2026**.

It is SO ORDERED.

Dated: October 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500