ELIZABETH C. FARRELL (State Bar No. 280056)
elizabeth.farrell@stinson.com
THOMAS S. VAN (State Bar No. 209632)
thomas.van@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendant
WESTLAKE SERVICES, LLC dba
WESTLAKE FINANCIAL SERVICES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALEJANDRO MARQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES; CAVALRY PORTFOLIO SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03575-AC<br><br>Honorable Allison Claire<br>Courtroom 26<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES TO RESPOND TO THE COMPLAINT BY NO MORE THAN 28 DAYS**<br><br>Action Filed: 09/04/2026<br>Complaint served: 09/14/2026<br>Removal Date: 10/14/2026<br>Current response date: 10/21/2026<br>New response date: 11/18/2026 |

The Court, having reviewed the parties' Stipulation to extend the time for Westlake Services, LLC dba Westlake Financial Services to respond to the complaint by no more than 28 days, and good cause appearing, hereby orders as follows:

1. The Stipulation is approved.

2. Defendant Westlake Services, LLC dba Westlake Financial Services' time to respond to Plaintiff's Complaint is **November 18, 2026**.

**IT IS SO ORDERED.**

DATED: October 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE